NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re UNITED STATES,**
*Petitioner*

---

2025-127

---

On Petition for Writ of Mandamus to the United States Court of International Trade in No. 1:21-cv-00219-SAV, Judge Stephen A. Vaden.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Upon further consideration of the United States's petition for a writ of mandamus,

It Is Ordered That:

The Court of International Trade judge is invited to respond to the petition no later than April 22, 2025, pursuant to Rule 21(b)(4) of the Federal Rules of Appellate Procedure. Any reply in support of the petition is due no later

than seven days after the last-filed response.

FOR THE COURT

April 11, 2025
Date

Jarrett B. Perlow
Clerk of Court

cc: United States Court of International Trade