NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**IN RE: UNITED STATES,**

*Defendant-Appellant*

_____

2024-1566

_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

-------------------------------------------------

**IN RE: UNITED STATES,**

*Petitioner*

_____

2025-127

_____

On Petition for Writ of Mandamus to the United States Court of International Trade in No. 1:21-cv-00219-SAV, Judge Stephen A. Vaden.

_____

**SUA SPONTE**

_____

PER CURIAM.

# O R D E R

The above-captioned appeals are presently scheduled for consolidated oral argument on November 4, 2025. In his amicus brief, Andrew J. Dhuey requested the opportunity to participate in oral argument, and the court deferred his request to the assigned merits panel. The court now determines to grant his request.

Separately, the International Trade Commission Trial Lawyers Association ("ITCTLA") filed a brief as amicus curiae in appeal No. 2024-1504, which the court subsequently deemed filed in appeal No. 2024-1566 on January 8, 2025 (ECF No. 24). The court also directed ITCTLA to (1) correct its brief to reflect the official caption for 2024-1566 and (2) provide paper copies within seven days. ITCTLA failed to file a corrected brief or paper copies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Each side will be provided 20 minutes of oral argument time. Mr. Dhuey and amicus curiae Alexandra H. Moss will split this time evenly in support of the CIT's challenged actions.

(2)  ITCTLA is advised that its amicus brief will be stricken unless it electronically files a corrected brief in 2024-1566 and provides paper copies of that brief within five business days from the date of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 2, 2025
Date